**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CASE MANAGEMENT MINUTES**</u>

| **Date:** June 2, 2026 | **Time:** 1:32 PM - 2:21 PM | **Judge: Kandis A. Westmore** |
|---|---|---|
| **Case No.:** 26-cv-00834-KAW | **Case Name:** Dimitrov Thompson v. Equifax Information Services LLC. | |

**For Plaintiff(s):** Predrag Thompson, in pro per
**For Defendant(s):** Ritika Singh

**Deputy Clerk:** Cindy C. Fan                    **Recorded via Zoom:** 49 minutes

**PROCEEDINGS**

Further Case Management Conference held via Zoom.
For reasons stated on the record, Plaintiff's Admonitive Motion for leave to File Amended Complaint, Dkt. 6, is granted. Amended Complaint due by **6/5/2026**.
Plaintiff withdraws his previously filed sets of interrogatories and will file corrected versions as discussed on the record.

**ADR REFERRAL**:

(X) Case referred to (random) Magistrate Judge for Settlement Conference. No ADR completion deadline set.

**PRETRIAL SCHEDULE:**

Last day to amend pleadings: 8/3/2026
Fact Discovery cutoff**:** 2/23/2027
Expert disclosure: 3/9/2027
Expert rebuttal: 3/23/2027
Expert discovery cutoff**:** 4/6/2027
Dispositive Motions heard by**: 5/6/2027 at 1:30p.m., Courtroom to be determined.**
Meet and Confer: 6/22/2027
Joint Pretrial Statement; Motions in Limine: 6/29/2027
Oppositions to Motions in Limine: 7/9/2027
Joint Evidentiary Objections & Responses: 7/16/2027
Pretrial Conference: 8/4/2027 **at 2:00 p.m., Courtroom to be determined.**
3- Day Jury Trial: 8/23/2027 **at 9:00 a.m., Courtroom to be determined.**
A further Case Management Conference is set for **9/29/2026 at 1:30 p.m. by Zoom Webinar.**
An updated joint case management statement is due by **9/22/2026.**

Order to be prepared by the Court.