**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**AMENDED CASE MANAGEMENT MINUTES**

| **Date:** June 2, 2026 | **Time:** 1:32 PM - 2:21 PM | **Judge: Kandis A. Westmore** |
|---|---|---|
| **Case No.:** 26-cv-00834-KAW | **Case Name:** Dimitrov Thompson v. Equifax Information Services LLC. | |

**For Plaintiff(s):** Predrag Thompson, in pro per
**For Defendant(s):** Ritika Singh

**Deputy Clerk:** Cindy C. Fan                    **Recorded via Zoom:** 49 minutes

### PROCEEDINGS

Further Case Management Conference held via Zoom.
For reasons stated on the record, Plaintiff's Admonitive Motion for leave to File Amended Complaint, Dkt. 26, is granted. Amended Complaint due by **6/5/2026**.
Plaintiff withdraws his previously filed sets of interrogatories and will file corrected versions as discussed on the record.

**ADR REFERRAL**:

(X) Case referred to (random) Magistrate Judge for Settlement Conference. No ADR completion deadline set.

**PRETRIAL SCHEDULE:**

Last day to amend pleadings: 8/3/2026
Fact Discovery cutoff**:** 2/23/2027
Expert disclosure: 3/9/2027
Expert rebuttal: 3/23/2027
Expert discovery cutoff**:** 4/6/2027
Dispositive Motions heard by**: 5/6/2027 at 1:30p.m., Courtroom to be determined.**
Meet and Confer: 6/22/2027
Joint Pretrial Statement; Motions in Limine: 6/29/2027
Oppositions to Motions in Limine: 7/9/2027
Joint Evidentiary Objections & Responses: 7/16/2027
Pretrial Conference: 8/4/2027 **at 2:00 p.m., Courtroom to be determined.**
3- Day Jury Trial: 8/23/2027 **at 9:00 a.m., Courtroom to be determined.**
A further Case Management Conference is set for **9/29/2026 at 1:30 p.m. by Zoom Webinar.**
An updated joint case management statement is due by **9/22/2026.**

Order to be prepared by the Court.